IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:11CR352-1
:
TERRY MACK PORTER :

FILED
OCT 31 2011
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By _____

The Grand Jury charges:

COUNT ONE

On or about January 9, 2011, in the County of Davidson, in the Middle District of North Carolina, TERRY MACK PORTER, who was subject to a court order, issued by the Juvenile and Domestic Relations District Court of Suffolk County, Commonwealth of Virginia, on January 14, 2010, case number JA025984-01-00, and effective for two years from that date; which was issued after a hearing of which TERRY MACK PORTER received actual notice and had an opportunity to participate; which restrained TERRY MACK PORTER from harassing, stalking, or threatening his intimate partner; and which included a finding that TERRY MACK PORTER represented a credible threat to the physical safety of his intimate partner, and by its terms explicitly prohibited the use, attempted use, or threatened use of physical force against his intimate partner that would reasonably be expected to cause bodily injury, knowingly did possess in commerce and affecting commerce firearms, that is, a Ruger .380 caliber handgun, a Norinco 7.62X39mm rifle, a Rossi .38 caliber handgun, a Para-ordnance .45 caliber handgun, an Izhmash 12

gauge shotgun, and a Kimber .40 caliber handgun; in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

COUNT TWO

On or about January 9, 2011, in the County of Davidson, in the Middle District of North Carolina, TERRY MACK PORTER traveled in interstate commerce from the Commonwealth of Virginia to Lexington, in the State and Middle District of North Carolina, with the intent to kill, injure, harass, and intimidate another person, and in the course of and as a result of such travel placed said person in reasonable fear of death and serious bodily injury by the use of a dangerous weapon, and caused substantial emotional distress to said person and the immediate family of said person; in violation of Title 18, United States Code, Sections 2261A(1) and 2261(b)(3).

COUNT THREE

On or about January 9, 2011, in the County of Davidson, in the Middle District of North Carolina, TERRY MACK PORTER traveled in interstate commerce from the Commonwealth of Virginia to Lexington, in the State and Middle District of North Carolina, with the intent to engage in conduct that violated the portion of the protection order dated January 14, 2010, in Suffolk, Virginia, that prohibited and provided protection against violence, threats, and harassment against, contact and communication with, and physical proximity to,

another person, by the use of a dangerous weapon; in violation of Title 18, United States Code, Section 2262(a)(1) and (b)(3).

A TRUE BILL:

*Graham T. Green* /s/
GRAHAM T. GREEN
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
RIPLEY RAND
UNITED STATES ATTORNEY

3

Case 1:11-cr-00352-NCT   Document 1   Filed 10/31/11   Page 3 of 3